CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Ramada Worldwide Inc., f/k/a Ramada Franchise Systems, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MJS PROPERTIES, INC., a California Corporation; and JAWON SUH, an individual,<br><br>Defendants. | Civil Action No. 11-cv-4563 (FSH)(PS)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("RWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, MJS Properties, Inc. and Jawon Suh (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on August 5, 2011, seeking damages as a result of the breach of a license agreement between RWI and MJS Properties, Inc., and service of a copy of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them on September 22, 2011; and it appearing that default was duly noted by the Clerk of the Court against Defendants on October 19, 2011 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 21st day of December, 2011,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendants, jointly and severally, in the total amount of $411,094.67, comprised of the following:

a) $71,264.75 for Recurring Fees (principal plus prejudgment interest); and

b) $333,843.39 for liquidated damages (principal plus prejudgment interest); and

c) $5,986.53 for attorneys' fees and costs.

_____
FAITH S. HOCHBERG, U.S.D.J.